**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **CRIMINAL ACTION 09-261-KD** |
| ) | |
| **DAVID LAMAR SANDERS,** ) | |
|    Defendant. ) | |

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Defendant David Lamar Sanders' timely response to the Court's preliminary determination that Defendant is not eligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Sentencing Guidelines Amendment 750 because his sentence was based on the career offender guideline rather than on a sentencing range that has been subsequently lowered by the Sentencing Commission. (Doc. 33).

In its January 4, 2012 order directing Defendant to show cause as to why his motion for a sentence reduction should not be denied, the Court observed that the notes to Section 1B1.10 of the Sentencing Guidelines state that courts may not reduce a defendant's sentence where, because of the operation of another guideline (e.g., U.S.S.G. § 4B1.1, the career offender guideline), application of a retroactive amendment to the Guidelines does not have the effect of lowering the defendant's guideline range. See Doc. 32 at 2 (quoting U.S. Sentencing Guidelines Manual § 1B1.10 cmt. n.1 (2011)). Defendant has responded that his family circumstances and post-conviction conduct in prison warrant a sentence reduction, but Defendant has not addressed the Court's finding that it is without authority to grant Defendant the relief that he seeks. Similarly, the nearly one-dozen letters that the Court has received from Defendant's family and friends imploring the Court to reduce Defendant's sentence fail to address the fact that the Court

1

lacks the jurisdiction necessary to do so.

Accordingly, whereas Defendant is ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 750, his motion (Doc. 33) is due to be **DENIED** by separate order.

The Clerk is **DIRECTED** to send a copy of this Memorandum to Defendant by U.S. Mail.

**DONE** and **ORDERED** this the **3rd** day of **February 2012**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**